**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

AFCO STEEL LLC                                                                                PLAINTIFF

v.                                           No. 4-03-CV-00189 GH

FRED I. BROWN, JR., *et al.*                                                          DEFENDANTS

### ORDER EXTENDING DEADLINE FOR WITNESS AND EXHIBIT LISTS

On the joint request of the parties, and being persuaded that additional time will result in more definitive witness and exhibit lists, the Court hereby grants an extension to September 12, 2005, by which the parties will submit their witness and exhibit lists, including expert witness identification forms. The remaining information required under Fed. R. Civ. P. 26(a)(3) and Local Rule 26.2 shall be provided by the current deadline of August 19, 2005.

ENTERED this 22nd day of August, 2005.

_____
United States District Judge